**EXHIBIT 3**

# ZIMMER, DUNCAN AND COLE, L.L.P.

120 North Main Street
P.O. Box 550
Parker, South Dakota 57053-0550

Dennis L. Duncan
Jeffrey A. Cole
Drew C. Duncan
Daniel K. Brendtro

Of Counsel: John H. Zimmer

Telephone 605-297-4446
Telecopier 605-297-4488

Laura Dziadek
3608 S. Gateway, #303
Sioux Falls SD 57106

Page: 1
February 22, 2012
Account No:  6351-005S
Invoice No:  32149

v. Knife River Midwest, LLC et al

Interim Statement

## Fees

| Date | | Rate | Hours |
|---|---|---|---|
| 08/04/2010 | DLD | 200.00 | 1.00 |
| 09/13/2010 | JAC | 200.00 | 2.00 |
| 09/14/2010 | JAC | 200.00 | 2.00 |
| 09/15/2010 | DKB | 165.00 | 2.50 |
| 09/16/2010 | JAC | 200.00 | 1.00 |
|  | DKB | 165.00 | 3.50 |
| 09/17/2010 | JAC | 200.00 | 1.75 |
|  | DKB | 165.00 | 7.00 |
|  | JAC | 200.00 | 1.00 |

*Privileged - Attorney Work Product*

Zimmer Duncan Cole 000473

Laura Dziadek

v. Knife River Midwest, LLC et al

Page: 2
February 22, 2012
Account No: 6351-005S
Invoice No: 32149

| Date | | Rate | Hours |
|---|---|---|---|
| 09/22/2010 | DLD | 200.00 | 0.25 |
| | JAC | 200.00 | 0.10 |
| 09/29/2010 | JAC | 200.00 | 0.20 |
| 10/19/2010 | JAC | 200.00 | 1.00 |
| 10/22/2010 | JAC | 200.00 | 2.75 |
| 10/25/2010 | JAC | 200.00 | 3.00 |
| 11/01/2010 | JAC | 200.00 | 4.00 |
| 11/03/2010 | JAC | 200.00 | 0.50 |
| 11/04/2010 | JAC | 200.00 | 1.50 |
| | JAC | 200.00 | 2.00 |
| 11/08/2010 | JAC | 200.00 | 1.00 |
| 11/09/2010 | JAC | 200.00 | 2.00 |
| 11/10/2010 | JAC | 200.00 | 4.00 |
| 11/12/2010 | JAC | 200.00 | 1.00 |
| 11/15/2010 | JAC | 200.00 | 3.00 |

(Entry descriptions redacted: Privileged - Attorney Work Product)

Zimmer Duncan Cole 000474

Laura Dziadek

v. Knife River Midwest, LLC et al

Page: 3
February 22, 2012
Account No: 6351-005S
Invoice No: 32149

| Date | | Rate | Hours |
|---|---|---|---|
| 11/16/2010 | JAC | 200.00 | 2.00 |
| 11/24/2010 | JAC | 200.00 | 3.00 |
| 12/03/2010 | JAC | 55.00 | 2.50 |
| 12/06/2010 | JAC | 200.00 | 0.50 |
| | JAC | 200.00 | 2.00 |
| | JAC | 55.00 | 0.50 |
| 12/07/2010 | JAC | 55.00 | 5.20 |
| 12/08/2010 | JAC | 200.00 | 1.00 |
| | JAC | 55.00 | 4.20 |
| | JAC | 200.00 | 0.20 |
| 12/0?/2010 | JAC | 55.00 | 6.20 |
| 12/10/2010 | JAC | 55.00 | 5.80 |
| 12/14/2010 | JAC | 55.00 | 5.80 |
| 12/15/2010 | JAC | 55.00 | 5.70 |
| 12/16/2010 | JAC | 200.00 | 0.50 |
| | JAC | 55.00 | 4.20 |
| 12/17/2010 | JAC | 200.00 | 0.40 |
| 12/28/2010 | JAC | 200.00 | 0.20 |
| | JAC | 200.00 | 0.30 |
| 01/03/2011 | JAC | 200.00 | 1.50 |
| 01/05/2011 | JAC | 55.00 | 0.40 |

*Descriptions redacted: Privileged - Attorney Work Product*

Zimmer Duncan Cole 000475

Laura Dziadek  
Page: 4  
February 22, 2012  
Account No: 6351-005S  
Invoice No: 32149  

v. Knife River Midwest, LLC et al

| Date | | Rate | Hours |
|---|---|---:|---:|
| 01/07/2011 | JAC | 200.00 | 1.00 |
| | JAC | 55.00 | 1.00 |
| 01/10/2011 | JAC | 200.00 | 2.00 |
| | JAC | 55.00 | 2.00 |
| 01/11/2011 | JAC | 200.00 | 1.00 |
| | JAC | 55.00 | 1.60 |
| 01/14/2011 | JAC | 200.00 | 1.50 |
| 01/25/2011 | JAC | 55.00 | 3.50 |
| 01/??/2011 | JAC | 55.00 | 3.90 |
| 02/04/2011 | JAC | 55.00 | 1.50 |
| 02/17/2011 | JAC | 55.00 | 0.40 |
| 03/03/2011 | JAC | 200.00 | 1.00 |
| 03/07/2011 | JAC | 200.00 | 1.00 |
| 03/10/2011 | JAC | 50.00 | 1.50 |
| 03/14/2011 | JAC | 200.00 | 1.00 |
| 03/21/2011 | JAC | 50.00 | 4.20 |

*Privileged - Attorney Work Product*

Zimmer Duncan Cole 000476

Laura Dziadek  
v. Knife River Midwest, LLC et al

Page: 5  
February 22, 2012  
Account No: 6351-005S  
Invoice No: 32149

Privileged - Attorney Work Product

| Date | Initials | Rate | Hours |
|---|---|---|---|
| 03/22/2011 | JAC | 200.00 | 1.00 |
| 03/25/2011 | JAC | 200.00 | 2.00 |
| 04/18/2011 | JAC | 55.00 | 1.20 |
| 04/20/2011 | JAC | 55.00 | 1.30 |
| 04/22/2011 | JAC | 55.00 | 4.00 |
| 04/25/2011 | JAC | 200.00 | 0.50 |
| 04/??/2011 | JAC | 55.00 | 2.60 |
| 05/03/2011 | JAC | 200.00 | 2.00 |
|  | DKB | 165.00 | 0.50 |
| 05/05/2011 | JAC | 200.00 | 2.00 |
| 05/06/2011 | JAC | 200.00 | 6.00 |
| 05/09/2011 | JAC | 200.00 | 0.25 |
| 05/12/2011 | JAC | 200.00 | 3.00 |
| 05/13/2011 | JAC | 55.00 | 0.60 |
| 05/??/2011 | JAC | 200.00 | 3.00 |
|  | JAC | 55.00 | 0.40 |

Zimmer Duncan Cole 000477

Laura Dziadek

v. Knife River Midwest, LLC et al

Page: 6
February 22, 2012
Account No:   6351-005S
Invoice No:      32149

| Date | Initials | | Rate | Hours |
|---|---|---|---|---|
| 05/17/2011 | JAC | Privileged - Attorney Work Product | 200.00 | 2.00 |
|  | JAC | | 55.00 | 0.80 |
| 05/18/2011 | JAC | | 200.00 | 3.75 |
|  | DKB | | 165.00 | 3.00 |
|  | JAC | | 55.00 | 4.30 |
| 05/19/2011 | JAC | | 200.00 | 7.00 |
|  | DKB | | 165.00 | 2.00 |
| 05/20/2011 | DKB | | 165.00 | 6.50 |
| 05/23/2011 | JAC | | 200.00 | 3.75 |
|  | DKB | | 165.00 | 5.50 |
|  | JAC | | 55.00 | 2.60 |
| 05/24/2011 | JAC | | 200.00 | 3.00 |
| 05/25/2011 | JAC | | 200.00 | 7.00 |
| 05/26/2011 | JAC | | 200.00 | 5.00 |
| 05/27/2011 | JAC | | 200.00 | 4.00 |
| 06/01/2011 | JAC | | 200.00 | 0.50 |
| 06/02/2011 | JAC | | 200.00 | 1.00 |
| 06/04/2011 | JAC | | 200.00 | 0.50 |
| 06/06/2011 | DKB | | 165.00 | 4.50 |

Zimmer Duncan Cole 000478

Laura Dziadek

v. Knife River Midwest, LLC et al

Page: 7
February 22, 2012
Account No: 6351-005S
Invoice No: 32149

| Date | Staff | | Rate | Hours |
|---|---|---|---|---|
| 06/07/2011 | DKB | Privileged - Attorney Work Product | 165.00 | 3.00 |
| 06/08/2011 | JAC | | 200.00 | 1.50 |
| | DKB | | 165.00 | 3.50 |
| 06/09/2011 | DKB | | 165.00 | 1.75 |
| 06/10/2011 | DKB | | 165.00 | 0.25 |
| 06/13/2011 | JAC | | 200.00 | 4.00 |
| | DKB | | 165.00 | 1.00 |
| 06/1?/2011 | JAC | | 200.00 | 4.50 |
| | | | 165.00 | 6.25 |
| | DKB | | 165.00 | 3.00 |
| 06/15/2011 | JAC | | 200.00 | 2.50 |
| | DKB | | 165.00 | 11.00 |
| | DKB | | 165.00 | 2.00 |
| 06/16/2011 | JAC | | 200.00 | 2.00 |
| | DKB | | 165.00 | 5.25 |
| 06/17/2011 | JAC | | 200.00 | 1.00 |
| 06/19/2011 | DKB | | 165.00 | 0.25 |
| | DKB | | 165.00 | 1.00 |
| 06/?/2011 | DKB | | 165.00 | 1.50 |

Zimmer Duncan Cole 000479

Laura Dziadek

v. Knife River Midwest, LLC et al

Page: 8
February 22, 2012
Account No: 6351-005S
Invoice No: 32149

| Date | Initials | Rate | Hours |
|---|---|---|---|
| 06/21/2011 | DKB | 165.00 | 0.50 |
| 06/22/2011 | DKB | 165.00 | 1.00 |
| 06/23/2011 | JAC | 200.00 | 1.25 |
| | DKB | 165.00 | 1.00 |
| | DKB | 165.00 | 2.25 |
| 07/06/2011 | DKB | 165.00 | 0.50 |
| 07/08/2011 | JAC | 55.00 | 0.30 |
| 07/11/2011 | DKB | 165.00 | 0.25 |
| 07/12/2011 | JAC | 200.00 | 0.25 |
| 07/14/2011 | DKB | 165.00 | 1.00 |
| | DKB | 165.00 | 2.25 |
| 07/15/2011 | DKB | 165.00 | 1.75 |
| | DKB | 165.00 | 1.50 |
| | DKB | 165.00 | 0.25 |
| 07/18/2011 | DKB | 165.00 | 1.50 |
| 07/22/2011 | JAC | 55.00 | 0.20 |
| | DKB | 165.00 | 0.75 |
| 07/27/2011 | DKB | 165.00 | 4.50 |
| 07/28/2011 | DKB | 165.00 | 1.00 |

(Description column redacted: "Privileged - Attorney Work Product")

Zimmer Duncan Cole 000480

Laura Dziadek

v. Knife River Midwest, LLC et al

| Date | | Rate | Hours | |
|---|---|---|---|---|
| 07/29/2011 | DKB | 165.00 | 0.75 | |
| 08/01/2011 | JAC | 50.00 | 1.60 | |
| 08/02/2011 | JAC | 50.00 | 1.20 | |
| 08/23/2011 | JAC | 55.00 | 0.80 | |
| 08/29/2011 | JAC | 200.00 | 1.00 | |
| | JAC | 55.00 | 0.20 | |
| 08/31/2011 | JAC | 55.00 | 1.20 | |
| 10/25/2011 | JAC | 200.00 | 4.00 | |
| 11/14/2011 | DKB | 165.00 | 0.25 | |
| | | | 313.55 | 47,223.25 |

Privileged - Attorney Work Product

### Recapitulation

| Hours | Rate | Total |
|---|---|---|
| 8.50 | $50.00 | $425.00 |
| 74.90 | 55.00 | 4,119.50 |
| 95.75 | 165.00 | 15,798.75 |
| 134.40 | 200.00 | 26,880.00 |

South Dakota Sales Tax                           2,833.40

### Expenses

| Date | Description | Amount |
|---|---|---|
| 09/15/2010 | Postage | 0.88 |
| 09/16/2010 | Postage | 0.44 |
| 09/17/2010 | Accurint Search | 6.25 |
| 09/ /2010 | Accurint Search | 5.00 |
| 09/1 /2010 | Accurint Search | 5.00 |
| 09/17/2010 | Accurint Search | 4.00 |
| 09/17/2010 | Postage | 21.60 |
| 09/17/2010 | Photocopies @.25 | 75.50 |

Zimmer Duncan Cole 000481

Page: 10
February 22, 2012
Laura Dżiadek
Account No: 6351-005S
Invoice No: 32149

v. Knife River Midwest, LLC et al

| Date | Description | Amount |
|---|---|---|
| 09/20/2010 | Long Distance Phone Call - Hughes County Sheriff | 0.25 |
| 09/20/2010 | Long Distance Phone Call - Davison County Sheriff | 0.50 |
| 09/21/2010 | Long Distance Phone Call - Hughes County Sheriff | 1.00 |
| 09/22/2010 | Long Distance Phone Call - Hughes County Sheriff | 0.25 |
| 09/22/2010 | Postage - Letter to Attorney General re: conflict of interest w/Veterinary Board | 0.44 |
| 09/24/2010 | Mandee Reinhard - Runner Fee - Filing Summons and Complaint | 22.50 |
| 09/29/2010 | Photocopies @.25 | 1.00 |
| 10/07/2010 | FedEx- Hughes County Sheriff | 25.01 |
| 11/04/2010 | Postage | 1.56 |
| 11/04/2010 | Photocopies @.25 | 0.25 |
| 01/21/2011 | Hamernik & Associates, Inc. - Retainer | 2,650.00 |
| 02/04/2011 | Long Distance Phone Call - Gage County Sheriff | 0.75 |
| 02/07/2011 | Long Distance Phone Call - Gage County Sheriff | 0.50 |
| 02/07/2011 | Long Distance Phone Call - Gage County Sheriff | 0.50 |
| 02/07/2011 | Long Distance Phone Call - Gage County Sheriff | 1.00 |
| 03/03/2011 | Mileage .51¢ x 6 Miles - Thimsen's Office | 3.06 |
| 04/26/2011 | Postage | 3.04 |
| 04/26/2011 | Postage | 2.64 |
| 05/16/2011 | Postage | 2.64 |
| 05/23/2011 | Long Distance Phone Call - John Glennon | 0.75 |
| 05/23/2011 | Long Distance Phone Call - John Glennon | 0.25 |
| 05/23/2011 | Long Distance Phone Call - John Glennon | 0.75 |
| 05/23/2011 | Postage | 7.80 |
| 05/23/2011 | Photocopies @.25 | 7.00 |
| 05/__/2011 | Postage | 3.36 |
| 05/__/2011 | Photocopies @.25 | 3.00 |
| 06/02/2011 | Long Distance Phone Call - Lloyd Nace, Videographer | 0.25 |
| 06/14/2011 | Long Distance Phone Call - Lloyd Nace, Videographer | 0.50 |
| 06/15/2011 | Mileage .51¢ x 11 Miles - Woods, Fuller | 5.61 |
| 06/29/2011 | FedEx | 81.07 |
| 07/28/2011 | Postage | 1.76 |
| 07/28/2011 | Postage | 15.92 |
| 07/28/2011 | Photocopies @.25 | 93.00 |
| 08/23/2011 | Postage | 6.68 |
| 08/23/2011 | Photocopies @.25 | 5.00 |
| 09/01/2011 | Postage | 6.48 |
| 09/01/2011 | Photocopies @.25 | 7.50 |
| 10/14/2011 | Postage | 0.88 |
| 10/14/2011 | Photocopies @.25 | 0.75 |
| | Total Expenses | 3,082.87 |
| | Sales Tax on Expenses | 12.02 |

### Advances

| Date | Description | Amount |
|---|---|---|
| 09/22/2010 | Filing Fee - Minnehaha County Clerk of Courts | 70.00 |
| 09/22/2010 | Service Fee - Action Process Serving - Greg Aalberg | 32.44 |
| 09/22/2010 | Service Fee - Action Process Serving - Kurt Peppel | 33.18 |
| 09/22/2010 | Service Fee - Action Process Serving - Dakota Traffic Services, LLC | 29.10 |
| 09/22/2010 | Service Fee - Action Process Serving - Craig Smith | 32.44 |
| 09/22/2010 | Service Fee - Minnehaha County Sheriff - Matthew McCauley | 25.86 |
| 09/__/2010 | Service Fee - Minnehaha County Sheriff - Greg Aalberg | 30.16 |
| 09/24/2010 | Service Fee - Minnehaha County Sheriff - Kurt Peppel | 30.59 |
| 09/24/2010 | Service Fee - Minnehaha County Sheriff - Craig Smith | 30.16 |
| 10/13/2010 | Service Fee - Hughes County Sheriff | 29.30 |
| 10/13/2010 | Service Fee - Hughes County Sheriff | 29.30 |

Zimmer Duncan Cole 000482

Laura Dziadek

v. Knife River Midwest, LLC et al

| Date | Description | Amount |
|---|---|---:|
| 10/13/2010 | Service Fee - Hughes County Sheriff | 5.00 |
| 10/13/2010 | Service Fee - Hughes County Sheriff | 29.30 |
| 10/13/2010 | Service Fee - Hughes County Sheriff | 5.00 |
| 10/13/2010 | Service Fee - Hughes County Sheriff | 29.30 |
| 10/13/2010 | Service Fee - Hughes County Sheriff | 5.00 |
| 10/27/2010 | Service Fee - Davison County Sheriff | 4.30 |
| 02/10/2011 | Service Fee - Sanders County Sheriff's Office | 36.36 |
| 05/04/2011 | Medical Records - CM Information Specialists | 36.71 |
| 06/23/2011 | Deposition - World Wide Legal Video Services | 561.80 |
| 06/23/2011 | Deposition - World Wide Legal Video Services | 180.20 |
| 07/14/2011 | Depositions - Paramount Reporting | 2,195.89 |
| | Total Advances | 3,461.39 |
| | Total Current Work | 56,612.93 |
| | Balance Due | $56,612.93 |

Please include your account number on your check.

Zimmer Duncan Cole 000483