# EXHIBIT 4

# ZIMMER, DUNCAN AND COLE, L.L.P.

120 North Main Street
P.O. Box 550
Parker, South Dakota 57053-0550

Dennis L. Duncan
Jeffrey A. Cole
Drew C. Duncan
Daniel K. Brendtro

Of Counsel: John H. Zimmer

Telephone 605-297-4446
Telecopier 605-297-4488

Laura Dziadek
3608 S. Gateway, #303
Sioux Falls SD 57106

Page: 1
February 22, 2012
Account No:     6351-003S
Invoice No:        32147

Social Security Disability

Interim Statement

## Fees

| Date | | Rate | Hours | |
|---|---|---|---|---|
| 02/11/2010 JAC | Privileged - Attorney Work Product | 165.00 | 0.50 | |
| 04/26/2010 JAC | | 165.00 | 0.25 | |
| | | | 0.75 | 123.75 |

Recapitulation
| Hours | Rate | Total |
|---|---|---|
| 0.75 | $165.00 | $123.75 |

South Dakota Sales Tax                                                                 7.43

## Expenses

| 04/26/2010 | Postage | 1.49 |
|---|---|---|
| 04/26/2010 | Photocopies @.25 | 1.50 |
| | Total Expenses | 2.99 |
| | Sales Tax on Expenses | 0.09 |

Total Current Work                                                                   134.26

Balance Due                                                                        $134.26

**Please include your account number on your check.**

Zimmer Duncan Cole 000472