# EXHIBIT 5

JOHN H. ZIMMER
1922 - 2012

DENNIS L. DUNCAN

JEFFREY A. COLE

DREW C. DUNCAN

DANIEL K. BRENDTRO

WILLIAM D. SIMS



**Please remit payment to:**

P.O. Box 550
Parker, S.D. 57053-0550

Telephone: (605) 297-4446
Facsimile: (605) 297-4488

Page: 1
December 11, 2014
Account No: 6351-000R
Invoice No: 37998

Laura Dziadek
28882 442nd Avenue
Freeman SD 57029

Personal Injury v. Peterson

Interim Statement

Previous Balance $1.70

Fees

| Date | | | Rate | Hours | |
|---|---|---|---|---|---|
| 12/01/2008 | JAC | | 0.00 | 1.50 | 0.00 |
| 12/02/2008 | JAC | | 0.00 | 1.25 | 0.00 |
| 12/09/2008 | JAC | | 0.00 | 0.25 | 0.00 |
| 12/17/2008 | JAC | | 0.00 | 0.75 | 0.00 |
| | JAC | | 0.00 | 0.15 | 0.00 |
| | JAC | | 0.00 | 0.10 | 0.00 |
| 01/02/2009 | JAC | | 0.00 | 4.00 | 0.00 |
| 01/05/2009 | JAC | | 0.00 | 0.25 | 0.00 |
| 01/06/2009 | JAC | | 0.00 | 1.25 | 0.00 |
| 01/15/2009 | JAC | | 0.00 | 0.25 | 0.00 |
| 01/22/2009 | JAC | | 0.00 | 1.00 | 0.00 |
| 01/23/2009 | JAC | | 0.00 | 2.00 | 0.00 |
| 01/28/2009 | JAC | | 0.00 | 1.50 | 0.00 |

Privileged - Attorney Work Product

Zimmer Duncan Cole 000446

Laura Dziadek

Personal Injury v. Peterson

Page: 2
December 11, 2014
Account No: 6351-000R
Invoice No: 37998

| Date | | | Rate | Hours | |
|---|---|---|---|---|---|
| 01/30/2009 | JAC | | 0.00 | 1.50 | 0.00 |
| 02/02/2009 | JAC | | 0.00 | 2.75 | 0.00 |
| 02/03/2009 | JAC | | 0.00 | 1.00 | 0.00 |
| 02/06/2009 | JAC | | 0.00 | 0.25 | 0.00 |
| 02/10/2009 | JAC | | 0.00 | 0.25 | 0.00 |
| 02/16/2009 | JAC | | 0.00 | 0.15 | 0.00 |
| 02/18/2009 | JAC | | 0.00 | 0.15 | 0.00 |
| 02/24/2009 | JAC | | 0.00 | 0.75 | 0.00 |
| | JAC | | 0.00 | 1.00 | 0.00 |
| 02/25/2009 | JAC | | 0.00 | 1.00 | 0.00 |
| 02/27/2009 | JAC | | 0.00 | 1.00 | 0.00 |
| 03/06/2009 | JAC | | 0.00 | 1.00 | 0.00 |
| 03/09/2009 | JAC | | 0.00 | 1.00 | 0.00 |
| 03/11/2009 | JAC | | 0.00 | 4.00 | 0.00 |
| 03/12/2009 | JAC | | 0.00 | 1.25 | 0.00 |
| 03/26/2009 | JAC | | 0.00 | 0.50 | 0.00 |
| 03/30/2009 | JAC | | 0.00 | 0.20 | 0.00 |
| 04/08/2009 | JAC | | 0.00 | 0.20 | 0.00 |
| 04/15/2009 | JAC | | 0.00 | 0.15 | 0.00 |
| | JAC | | 0.00 | 0.15 | 0.00 |
| 04/22/2009 | JAC | | 0.00 | 1.00 | 0.00 |
| 04/23/2009 | JAC | | 0.00 | 0.15 | 0.00 |
| 05/08/2009 | JAC | | 0.00 | 1.50 | 0.00 |
| | JAC | | | | |

*Privileged - Attorney Work Product*

Zimmer Duncan Cole 000447

Laura Dziadek

Personal Injury v. Peterson

**Privileged - Attorney Work Product**

| Date | Atty | Rate | Hours | |
|---|---|---|---|---|
| | | 0.00 | 0.30 | 0.00 |
| 05/20/2009 | JAC | 0.00 | 0.25 | 0.00 |
| 06/15/2009 | JAC | 0.00 | 1.00 | 0.00 |
| 06/16/2009 | JAC | 0.00 | 0.40 | 0.00 |
| 08/24/2009 | JAC | 0.00 | 2.00 | 0.00 |
| 08/25/2009 | JAC | 0.00 | 2.75 | 0.00 |
| 08/26/2009 | JAC | 0.00 | 0.10 | 0.00 |
| | JAC | 0.00 | 0.25 | 0.00 |
| 08/27/2009 | DKB | 0.00 | 0.70 | 0.00 |
| 08/28/2009 | JAC | 0.00 | 0.10 | 0.00 |
| 09/08/2009 | JAC | 0.00 | 1.25 | 0.00 |
| 09/09/2009 | JAC | 0.00 | 0.75 | 0.00 |
| 09/10/2009 | JAC | 0.00 | 2.00 | 0.00 |
| 09/11/2009 | JAC | 0.00 | 0.50 | 0.00 |
| | JAC | 0.00 | 2.00 | 0.00 |
| 09/12/2009 | JAC | 0.00 | 1.50 | 0.00 |
| 09/14/2009 | JAC | 0.00 | 4.00 | 0.00 |
| 09/15/2009 | DKB | 0.00 | 0.10 | 0.00 |
| 09/21/2009 | JAC | 0.00 | 0.50 | 0.00 |
| 09/22/2009 | JAC | 0.00 | 1.00 | 0.00 |
| 09/28/2009 | JAC | 0.00 | 0.10 | 0.00 |
| 09/29/2009 | JAC | | | |

Zimmer Duncan Cole 000448

Laura Dziadek

Personal Injury v. Peterson

| Date | Atty | Description | Rate | Hours | |
|---|---|---|---|---|---|
| | | Privileged - Attorney Work Product | 0.00 | 0.20 | 0.00 |
| 10/01/2009 | JAC | | | | |
| | | | 0.00 | 0.50 | 0.00 |
| 10/09/2009 | JAC | | | | |
| | | | 0.00 | 3.00 | 0.00 |
| 10/13/2009 | JAC | | | | |
| | | | 0.00 | 0.10 | 0.00 |
| 10/14/2009 | JAC | | | | |
| | | | 0.00 | 0.25 | 0.00 |
| 10/30/2009 | JAC | | | | |
| | | | 0.00 | 0.20 | 0.00 |
| 11/02/2009 | JAC | | 0.00 | 2.00 | 0.00 |
| 11/10/2009 | JAC | | | | |
| | | | 0.00 | 0.25 | 0.00 |
| 11/11/2009 | JAC | | | | |
| | | | 0.00 | 0.25 | 0.00 |
| 11/17/2009 | JAC | | 0.00 | 1.50 | 0.00 |
| 11/18/2009 | JAC | | | | |
| | | | 0.00 | 0.50 | 0.00 |
| | JAC | | | | |
| | | | 0.00 | 0.10 | 0.00 |
| 11/20/2009 | JAC | | | | |
| | | | 0.00 | 0.10 | 0.00 |
| 11/23/2009 | JAC | | 0.00 | 1.00 | 0.00 |
| 11/24/2009 | JAC | | 0.00 | 1.00 | 0.00 |
| 12/01/2009 | JAC | | | | |
| | | | 0.00 | 0.50 | 0.00 |
| 12/02/2009 | JAC | | 0.00 | 2.00 | 0.00 |
| 12/03/2009 | JAC | | | | |
| | | | 0.00 | 3.00 | 0.00 |
| 12/07/2009 | JAC | | 0.00 | 1.00 | 0.00 |
| | JAC | | | | |
| | | | 0.00 | 0.20 | 0.00 |

Zimmer Duncan Cole 000449

Page: 5
December 11, 2014
Account No: 6351-000R
Invoice No: 37998

Laura Dziadek

Personal Injury v. Peterson

Privileged - Attorney Work Product

| Date | Init. | | Rate | Hours | |
|---|---|---|---|---|---|
| 12/10/2009 | JAC | | 0.00 | 1.00 | 0.00 |
| 12/11/2009 | JAC | | 0.00 | 2.00 | 0.00 |
| 12/21/2009 | JAC | | 0.00 | 2.00 | 0.00 |
| 12/23/2009 | DLD | | 0.00 | 2.00 | 0.00 |
| 12/28/2009 | DLD | | 0.00 | 0.25 | 0.00 |
| 12/29/2009 | DLD | | 0.00 | 0.50 | 0.00 |
| 01/05/2010 | JAC | | 0.00 | 2.00 | 0.00 |
| 01/06/2010 | JAC | | 0.00 | 1.00 | 0.00 |
| 01/07/2010 | JAC | | 0.00 | 2.00 | 0.00 |
| 01/08/2010 | JAC | | 0.00 | 4.00 | 0.00 |
| 01/11/2010 | JAC | | 0.00 | 0.10 | 0.00 |
| 01/12/2010 | JAC | | 0.00 | 1.00 | 0.00 |
| 01/25/2010 | JAC | | 0.00 | 1.00 | 0.00 |
| | JAC | | 0.00 | 1.00 | 0.00 |
| 01/27/2010 | JAC | | 0.00 | 0.50 | 0.00 |
| 02/10/2010 | JAC | | 0.00 | 1.50 | 0.00 |
| 02/18/2010 | JAC | | 0.00 | 0.40 | 0.00 |
| 02/19/2010 | JAC | | 0.00 | 0.20 | 0.00 |
| 02/24/2010 | JAC | | 0.00 | 0.25 | 0.00 |
| 03/03/2010 | JAC | | 0.00 | 0.20 | 0.00 |
| 03/25/2010 | JAC | | 0.00 | 2.00 | 0.00 |
| 04/27/2010 | JAC | | 0.00 | 0.50 | 0.00 |
| | JAC | | | | |

Zimmer Duncan Cole 000450

Laura Dziadek

Personal Injury v. Peterson

| Date | Init | | Rate | Hours | |
|---|---|---|---|---|---|
| | | Privileged - Attorney Work Product | 0.00 | 0.25 | 0.00 |
| 04/29/2010 | JAC | | 0.00 | 0.25 | 0.00 |
| 08/04/2010 | JAC | | 0.00 | 0.25 | 0.00 |
| 08/12/2010 | DKB | | 0.00 | 0.40 | 0.00 |
| 08/25/2010 | JAC | | 0.00 | 2.50 | 0.00 |
| 08/30/2010 | JAC | | 0.00 | 2.75 | 0.00 |
| 08/31/2010 | JAC | | 0.00 | 1.00 | 0.00 |
| | JAC | | 0.00 | 0.25 | 0.00 |
| 09/09/2010 | JAC | | 0.00 | 1.00 | 0.00 |
| | JAC | | 0.00 | 0.50 | 0.00 |
| 09/15/2010 | JAC | | 0.00 | 0.20 | 0.00 |
| | JAC | | 0.00 | 4.00 | 0.00 |
| 09/20/2010 | JAC | | 0.00 | 0.50 | 0.00 |
| 09/21/2010 | JAC | | 0.00 | 1.25 | 0.00 |
| 10/01/2010 | JAC | | 0.00 | 0.25 | 0.00 |
| 10/18/2010 | JAC | | 0.00 | 0.25 | 0.00 |
| 10/21/2010 | JAC | | 0.00 | 1.00 | 0.00 |
| 10/22/2010 | JAC | | 0.00 | 0.25 | 0.00 |
| | JAC | | 0.00 | 1.00 | 0.00 |
| 10/29/2010 | JAC | | 0.00 | 1.00 | 0.00 |
| 11/05/2010 | DKB | | 0.00 | 0.50 | 0.00 |

Zimmer Duncan Cole 000451

Laura Dziadek

Personal Injury v. Peterson

Page: 7
December 11, 2014
Account No: 6351-000R
Invoice No: 37998

| Date | | Rate | Hours | |
|---|---|---|---|---|
| 11/18/2010 | JAC | 0.00 | 3.00 | 0.00 |
| 01/03/2011 | JAC | 0.00 | 0.30 | 0.00 |
| 01/05/2011 | JAC | 0.00 | 2.00 | 0.00 |
| 01/06/2011 | JAC | 0.00 | 3.00 | 0.00 |
| 01/14/2011 | JAC | 0.00 | 2.00 | 0.00 |
| 01/26/2011 | JAC | 0.00 | 0.25 | 0.00 |
| 01/27/2011 | JAC | 0.00 | 0.40 | 0.00 |
| | JAC | 0.00 | 0.80 | 0.00 |
| 02/11/2011 | JAC | 0.00 | 1.50 | 0.00 |
| | JAC | 0.00 | 0.90 | 0.00 |
| 02/16/2011 | JAC | 0.00 | 0.40 | 0.00 |
| 02/23/2011 | JAC | 0.00 | 1.00 | 0.00 |
| 03/09/2011 | JAC | 0.00 | 0.40 | 0.00 |
| 03/14/2011 | JAC | 0.00 | 2.10 | 0.00 |
| 03/15/2011 | JAC | 0.00 | 0.20 | 0.00 |
| 03/16/2011 | JAC | 0.00 | 1.75 | 0.00 |
| 03/17/2011 | JAC | 0.00 | 4.80 | 0.00 |
| 03/18/2011 | JAC | 0.00 | 4.00 | 0.00 |
| | JAC | 0.00 | 0.40 | 0.00 |
| 04/01/2011 | JAC | 0.00 | 6.40 | 0.00 |
| 04/08/2011 | JAC | 0.00 | 2.40 | 0.00 |
| 04/11/2011 | JAC | 0.00 | 3.80 | 0.00 |
| 04/13/2011 | JAC | 0.00 | 2.00 | 0.00 |
| | JAC | 0.00 | 6.20 | 0.00 |
| 04/14/2011 | JAC | 0.00 | 4.60 | 0.00 |
| 04/15/2011 | JAC | 0.00 | 2.40 | 0.00 |

Privileged - Attorney Work Product

Zimmer Duncan Cole 000452

Laura Dziadek

Personal Injury v. Peterson

| Date | Initials | | Rate | Hours | |
|---|---|---|---|---|---|
| 04/19/2011 | JAC | | 0.00 | 3.00 | 0.00 |
| 04/22/2011 | JAC | | 0.00 | 2.00 | 0.00 |
| 04/25/2011 | JAC | | 0.00 | 0.50 | 0.00 |
| 04/26/2011 | JAC | | 0.00 | 1.00 | 0.00 |
| 04/27/2011 | DKB | | 0.00 | 5.50 | 0.00 |
| 04/28/2011 | JAC | | 0.00 | 4.20 | 0.00 |
| 04/29/2011 | JAC | | 0.00 | 4.00 | 0.00 |
| | DKB | | 0.00 | 3.00 | 0.00 |
| | DKB | | 0.00 | 0.50 | 0.00 |
| 05/09/2011 | JAC | | 0.00 | 3.20 | 0.00 |
| 05/24/2011 | DKB | | 0.00 | 5.00 | 0.00 |
| 06/01/2011 | JAC | | 0.00 | 0.50 | 0.00 |
| 06/02/2011 | JAC | | 0.00 | 1.00 | 0.00 |
| 06/04/2011 | JAC | | 0.00 | 0.50 | 0.00 |
| 06/08/2011 | JAC | | 0.00 | 1.50 | 0.00 |
| 06/13/2011 | JAC | | 0.00 | 4.00 | 0.00 |
| | JAC | | 0.00 | 3.20 | 0.00 |
| 06/14/2011 | JAC | | 0.00 | 4.50 | 0.00 |
| | JAC | | 0.00 | 3.50 | 0.00 |
| 06/15/2011 | JAC | | 0.00 | 2.50 | 0.00 |
| | JAC | | 0.00 | 0.60 | 0.00 |
| 06/16/2011 | JAC | | 0.00 | 2.00 | 0.00 |
| 06/23/2011 | JAC | | 0.00 | 1.25 | 0.00 |
| 07/08/2011 | JAC | | 0.00 | 2.20 | 0.00 |
| 07/13/2011 | JAC | | 0.00 | 0.20 | 0.00 |
| 07/15/2011 | JAC | | 0.00 | 0.60 | 0.00 |
| 07/19/2011 | JAC | | | | |

*Privileged - Attorney Work Product*

Zimmer Duncan Cole 000453

Laura Dziadek

Personal Injury v. Peterson

Page: 9
December 11, 2014
Account No: 6351-000R
Invoice No: 37998

| Date | Initials | | Rate | Hours | |
|---|---|---|---|---|---|
| | | Privileged - Attorney Work Product | 0.00 | 0.20 | 0.00 |
| 07/21/2011 | JAC | | 0.00 | 0.20 | 0.00 |
| 07/22/2011 | JAC | | 0.00 | 2.10 | 0.00 |
| 07/25/2011 | JAC | | 0.00 | 3.20 | 0.00 |
| 07/27/2011 | JAC | | 0.00 | 0.50 | 0.00 |
| | DLD | | 0.00 | 1.00 | 0.00 |
| 07/28/2011 | JAC | | 0.00 | 3.40 | 0.00 |
| 08/01/2011 | JAC | | 0.00 | 1.00 | 0.00 |
| 08/03/2011 | DKB | | 0.00 | 0.50 | 0.00 |
| 08/04/2011 | DKB | | 0.00 | 1.25 | 0.00 |
| 08/05/2011 | DKB | | 0.00 | 1.25 | 0.00 |
| | JAC | | 0.00 | 0.70 | 0.00 |
| 08/08/2011 | JAC | | 0.00 | 3.00 | 0.00 |
| 08/09/2011 | JAC | | 0.00 | 1.00 | 0.00 |
| 08/12/2011 | DKB | | 0.00 | 1.00 | 0.00 |
| 08/15/2011 | DKB | | 0.00 | 3.25 | 0.00 |
| 08/16/2011 | DKB | | 0.00 | 3.50 | 0.00 |
| 08/19/2011 | DKB | | 0.00 | 0.25 | 0.00 |
| 08/22/2011 | DKB | | 0.00 | 0.25 | 0.00 |
| 08/23/2011 | DKB | | 0.00 | 0.50 | 0.00 |
| | DKB | | 0.00 | 0.75 | 0.00 |
| 08/24/2011 | DKB | | 0.00 | 0.75 | 0.00 |
| 08/25/2011 | DKB | | 0.00 | 0.25 | 0.00 |
| 08/26/2011 | DKB | | 0.00 | 2.25 | 0.00 |
| 09/06/2011 | DKB | | 0.00 | 0.50 | 0.00 |

Laura Dziadek

Personal Injury v. Peterson

| Date | Initials | | Rate | Hours | |
|---|---|---|---|---|---|
| 09/09/2011 | JAC | Privileged - Attorney Work Product | 0.00 | 0.12 | 0.00 |
| 09/12/2011 | JAC | | 0.00 | 0.25 | 0.00 |
| 10/11/2011 | DLD | | 0.00 | 2.00 | 0.00 |
| 10/17/2011 | DLD | | 0.00 | 2.00 | 0.00 |
| 10/18/2011 | DLD | | 0.00 | 1.00 | 0.00 |
| 10/19/2011 | DLD | | 0.00 | 1.00 | 0.00 |
| 10/20/2011 | DLD | | 0.00 | 2.00 | 0.00 |
| 10/21/2011 | DLD | | 0.00 | 1.00 | 0.00 |
| 10/24/2011 | JAC | | 0.00 | 6.00 | 0.00 |
| 10/26/2011 | JAC | | 0.00 | 0.50 | 0.00 |
| 11/22/2011 | JAC | | 0.00 | 0.50 | 0.00 |
| 01/27/2012 | DLD | | 0.00 | 1.00 | 0.00 |
| 02/16/2012 | DKB | | 0.00 | 0.25 | 0.00 |
| 02/17/2012 | DKB | | 0.00 | 2.25 | 0.00 |
| 12/02/2013 | JAC | | 0.00 | 4.00 | 0.00 |
| | | | | 292.47 | 0.00 |

Recapitulation
| Hours | Rate | Total |
|---|---|---|
| 292.47 | $0.00 | $0.00 |

Payments

| 07/23/2012 | Payment - Thank you. | -1.70 |

Balance Due $0.00

Zimmer Duncan Cole 000455

Laura Dziadek

Personal Injury v. Peterson

Your trust account #1 balance is

|  |  |  |
|---|---|---|
|  | Opening Balance | $6,494.37 |
| 08/15/2012 | Final Settlement Proceeds |  |
|  | PAYEE: Laura Dziadek | -6,494.37 |
|  | Closing Balance | $0.00 |

Please include your account number on your check.
Net 30 Days.

Zimmer Duncan Cole 000456