**EXHIBIT 6**

# ZIMMER, DUNCAN AND COLE, L.L.P.

120 North Main Street
P.O. Box 550
Parker, South Dakota 57053-0550

Dennis L. Duncan
Jeffrey A. Cole
Drew C. Duncan
Daniel K. Brendtro

Of Counsel: John H. Zimmer

Telephone 605-297-4446
Telecopier 605-297-4488

Laura Dziadek
3608 S. Gateway, #303
Sioux Falls SD 57106

Page: 1
February 22, 2012
Account No: 6351-002S
Invoice No: 32146

Work Comp - OmniCare & Liberty Mutual

Interim Statement

### Fees

| Date | | Rate | Hours |
|---|---|---|---|
| 01/12/2010 | JAC | 165.00 | 1.00 |
| 01/13/2010 | JAC | 165.00 | 2.00 |
| 01/14/2010 | JAC | 165.00 | 0.50 |
| 01/20/2010 | JAC | 165.00 | 1.00 |
| 01/21/2010 | JAC | 165.00 | 2.00 |
| | JAC | 165.00 | 0.10 |
| 01/29/2010 | JAC | 165.00 | 2.00 |
| 02/08/2010 | JAC | 165.00 | 0.75 |
| 02/0./2010 | JAC | 165.00 | 0.25 |

*(Narrative descriptions redacted: Privileged - Attorney Work Product)*

Zimmer Duncan Cole 000465

Laura Dziadek

Work Comp - OmniCare & Liberty Mutual

Page: 2
February 22, 2012
Account No: 6351-002S
Invoice No: 32146

| Date | | Rate | Hours |
|---|---|---|---|
| 03/01/2010 | JAC | 165.00 | 1.00 |
| 03/16/2010 | JAC | 165.00 | 1.00 |
| 03/18/2010 | JAC | 165.00 | 0.25 |
| 03/22/2010 | JAC | 165.00 | 1.50 |
| 03/24/2010 | JAC | 165.00 | 3.00 |
| 03/25/2010 | JAC | 165.00 | 0.25 |
| 03/26/2010 | JAC | 165.00 | 1.00 |
| 04/14/2010 | JAC | 165.00 | 0.25 |
| 04/26/2010 | JAC | 165.00 | 0.50 |
| 05/11/2010 | JAC | 165.00 | 0.25 |
| 05/17/2010 | JAC | 165.00 | 1.00 |
| 05/27/2010 | JAC | 165.00 | 0.25 |
| 11/10/2010 | JAC | 200.00 | 1.00 |

*Privileged - Attorney Work Product*

Laura Dziadek

Page: 3
February 22, 2012
Account No: 6351-002S
Invoice No: 32146

Work Comp - OmniCare & Liberty Mutual

| Date | Staff | [Description] | Rate | Hours |
|---|---|---|---|---|
| 12/29/2010 | JAC | Privileged - Attorney Work Product | 200.00 | 0.20 |
| 01/05/2011 | JAC | | 200.00 | 2.00 |
| 02/01/2011 | JAC | | 55.00 | 0.40 |
| 02/17/2011 | JAC | | 55.00 | 0.60 |
| 02/24/2011 | JAC | | 200.00 | 0.50 |
| 02/28/2011 | JAC | | 55.00 | 0.40 |
| | JAC | | 200.00 | |
| 03/01/2011 | JAC | | 50.00 | 0.50 |
| 03/02/2011 | JAC | | 50.00 | 0.10 |
| 03/03/2011 | JAC | | 200.00 | 0.20 |
| 03/08/2011 | JAC | | 200.00 | 0.25 |
| 03/09/2011 | JAC | | 200.00 | 0.20 |
| 03/15/2011 | JAC | | 200.00 | 0.25 |
| | JAC | | 50.00 | 0.20 |
| 03/17/2011 | JAC | | 200.00 | 3.00 |
| 03/28/2011 | JAC | | 200.00 | 0.50 |
| | JAC | | 55.00 | 1.80 |

Zimmer Duncan Cole 000467

Work Comp - OmniCare & Liberty Mutual

| Date | | Rate | Hours |
|---|---|---|---|
| 03/31/2011 | JAC | 55.00 | 3.20 |
| 04/05/2011 | JAC | 200.00 | 1.50 |
| 04/08/2011 | JAC | 55.00 | 0.20 |
| 04/11/2011 | JAC | 200.00 | 0.25 |
| 06/15/2011 | JAC | 55.00 | 0.20 |
| 07/28/2011 | JAC | 55.00 | 0.25 |
| 09/09/2011 | JAC | 200.00 | 1.00 |
| 09/13/2011 | JAC | 55.00 | 0.20 |
| 09/26/2011 | JAC | 55.00 | 0.30 |
| 09/27/2011 | JAC | 200.00 | 2.00 |
| 09/28/2011 | JAC | 200.00 | 2.00 |
| 09/29/2011 | JAC | 200.00 | 2.00 |
| 09/29/2011 | JAC | 55.00 | 0.20 |
| 09/30/2011 | JAC | 55.00 | 0.50 |
| 10/? /2011 | JAC | 200.00 | 1.00 |

*Privileged - Attorney Work Product* (entries redacted)

Zimmer Duncan Cole 000468

Laura Dziadek

Work Comp - OmniCare & Liberty Mutual

Page: 5
February 22, 2012
Account No: 6351-002S
Invoice No: 32146

| Date | | Rate | Hours |
|---|---|---|---|
| 10/04/2011 | JAC | 55.00 | 0.40 |
| 10/05/2011 | JAC | 200.00 | 1.00 |
| 10/10/2011 | JAC | 200.00 | 2.00 |
| 10/12/2011 | JAC | 55.00 | 0.50 |
| 10/14/2011 | JAC | 200.00 | 1.50 |
| | JAC | 55.00 | 0.50 |
| 10/17/2011 | JAC | 200.00 | 3.00 |
| | JAC | 55.00 | 3.50 |
| 10/18/2011 | JAC | 200.00 | 6.75 |
| | JAC | 55.00 | 2.00 |
| 10/19/2011 | JAC | 200.00 | 8.00 |
| 10/26/2011 | JAC | 200.00 | 1.50 |
| 10/28/2011 | JAC | 55.00 | 2.00 |
| 11/23/2011 | JAC | 200.00 | 0.50 |
| 01/20/2012 | JAC | 200.00 | 0.50 |

*Privileged - Attorney Work Product*

Zimmer Duncan Cole 000469

Laura Dziadek

Work Comp - OmniCare & Liberty Mutual

|  | Rate | Hours |  |
|---|---|---|---|
| For Current Services Rendered |  | 80.40 | 12,778.50 |

### Recapitulation

| Hours | Rate | Total |
|---|---|---|
| 0.80 | $50.00 | $40.00 |
| 17.15 | 55.00 | 943.25 |
| 19.85 | 165.00 | 3,275.25 |
| 42.60 | 200.00 | 8,520.00 |

South Dakota Sales Tax     766.71

### Expenses

| Date | Description | Amount |
|---|---|---|
| 01/14/2010 | Postage | 0.88 |
| 01/21/2010 | Photocopies @.25 | 0.75 |
| 01/21/2010 | Postage | 0.44 |
| 02/09/2010 | Photocopies @.25 | 3.50 |
| 02/09/2010 | Postage | 6.59 |
| 03/18/2010 | Postage | 0.88 |
| 03/18/2010 | Photocopies @.25 | 2.00 |
| 03/22/2010 | Postage | 5.12 |
| 03/22/2010 | Photocopies @.25 | 14.50 |
| 03/24/2010 | Postage | 2.34 |
| 03/2./2010 | Photocopies @.25 | 23.75 |
| 03/_./010 | Photocopies @.25 | 404.25 |
| 03/25/2010 | Postage | 23.80 |
| 03/26/2010 | Postage | 2.64 |
| 03/26/2010 | Photocopies @.25 | 1.00 |
| 03/26/2010 | Photocopies @.49 (colored) | 1.96 |
| 03/26/2010 | Fax Charges (letter to Craig Pfeifle 342-5185) | 3.00 |
| 04/14/2010 | Fax Charges - Incoming - Craig Pfeifle | 4.00 |
| 04/14/2010 | Photocopies @.25 | 2.00 |
| 04/14/2010 | Postage | 1.32 |
| 04/26/2010 | Fax Charges - Outgoing - Pfeifle Letter | 3.00 |
| 04/26/2010 | Photocopies @.25 | 1.00 |
| 04/26/2010 | Postage | 1.32 |
| 05/11/2010 | Photocopies @.25 | 0.75 |
| 05/11/2010 | Postage | 1.32 |
| 05/27/2010 | Postage | 0.88 |
| 05/27/2010 | Photocopies @.25 | 1.00 |
| 10/25/2010 | Fax Charges (8 pg. fax from Liberty Mutual regarding subrogation) | 8.00 |
| 03/15/2011 | Long Distance Phone Call - Lynn, Jackson, Shultz | 0.50 |
| 03/30/2011 | Long Distance Phone Call - Lynn, Jackson Law Firm | 0.50 |
| 05/17/2011 | MVR Consulting Services, Inc. | 575.00 |
| 05/25/2011 | Alphagraphics - Copying of Medical Records | 135.05 |
| 09/26/2011 | Postage | 1.28 |
| 09/30/2011 | Postage | 0.88 |
| 10/04/2011 | Postage | 0.88 |
| 10/31/2011 |  | 537.50 |
| 11/._011 | Postage | 2.16 |
| 11/._011 | MVR Consulting | 569.75 |
|  | Total Expenses | 2,345.49 |
|  | Sales Tax on Expenses | 95.28 |

Zimmer Duncan Cole 000470

Laura Dziadek

Page: 7
February 22, 2012
Account No:   6351-002S
Invoice No:        32146

Work Comp - OmniCare & Liberty Mutual

Advances

| | | |
|---|---|---|
| 10/27/2011 | Medical Records - CM Information Specialists - SH Adult Medicine (Internal Med) | 114.44 |
| 10/27/2011 | Medical Records - Sanford Health | 85.00 |
| 11/09/2011 | Medical Records - CM Information Specialists - SH Clinic Main | 36.52 |
| | Total Advances | 235.96 |
| | Total Current Work | 16,221.94 |
| | Balance Due | $16,221.94 |

Please include your account number on your check.

Zimmer Duncan Cole 000471