**EXHIBIT 7**

JOHN H. ZIMMER
1922 – 2012

DENNIS L. DUNCAN

JEFFREY A. COLE

DREW C. DUNCAN

DANIEL K. BRENDTRO

WILLIAM D. SIMS



**Please remit payment to:**

P.O. Box 550
Parker, S.D. 57053-0550

Telephone: (605) 297–4446
Facsimile: (605) 297–4488

Laura Dziadek
28882 442nd Avenue
Freeman  SD  57029

Page: 1
December 11, 2014
Account No:   6351-006R
Invoice No:       38000

Traveler's Insurance

Interim Statement

Previous Balance                                                                 $6,503.03

Fees

| Date | Atty | | Rate | Hours | |
|---|---|---|---|---|---|
| 09/01/2011 | DKB | Privileged - Attorney Work Product | 0.00 | 3.25 | 0.00 |
| 09/07/2011 | JAC | | 0.00 | 0.80 | 0.00 |
| 09/08/2011 | JAC | | 0.00 | 0.50 | 0.00 |
| | JAC | | 0.00 | 1.00 | 0.00 |
| | DKB | | 0.00 | 3.00 | 0.00 |
| 09/09/2011 | DKB | | 0.00 | 5.25 | 0.00 |
| 09/16/2011 | DKB | | 0.00 | 5.75 | 0.00 |
| 09/19/2011 | JAC | | 0.00 | 0.50 | 0.00 |
| 09/20/2011 | JAC | | 0.00 | 4.20 | 0.00 |
| 09/23/2011 | JAC | | 0.00 | 0.40 | 0.00 |
| 10/12/2011 | DKB | | 0.00 | 0.50 | 0.00 |
| | JAC | | 0.00 | 3.00 | 0.00 |
| 10/13/2011 | JAC | | 0.00 | 5.00 | 0.00 |
| | JAC | | | | |

Zimmer Duncan Cole 000458

Laura Dziadek

Traveler's Insurance

Privileged - Attorney Work Product

| Date | Initials | | Rate | Hours | |
|---|---|---|---|---|---|
| | | | 0.00 | 1.50 | 0.00 |
| 10/14/2011 | JAC | | 0.00 | 4.00 | 0.00 |
| | JAC | | 0.00 | 2.00 | 0.00 |
| 10/17/2011 | DKB | | 0.00 | 0.25 | 0.00 |
| 10/18/2011 | DKB | | 0.00 | 0.25 | 0.00 |
| 10/19/2011 | DKB | | 0.00 | 0.75 | 0.00 |
| | JAC | | 0.00 | 2.50 | 0.00 |
| 10/20/2011 | JAC | | 0.00 | 8.00 | 0.00 |
| | JAC | | 0.00 | 2.00 | 0.00 |
| 10/21/2011 | JAC | | 0.00 | 7.00 | 0.00 |
| 10/26/2011 | JAC | | 0.00 | 3.00 | 0.00 |
| | JAC | | 0.00 | 2.00 | 0.00 |
| | DKB | | 0.00 | 0.20 | 0.00 |
| 10/27/2011 | JAC | | 0.00 | 5.75 | 0.00 |
| | JAC | | 0.00 | 5.75 | 0.00 |
| 10/28/2011 | JAC | | 0.00 | 1.00 | 0.00 |
| 10/31/2011 | JAC | | 0.00 | 2.00 | 0.00 |
| 11/01/2011 | JAC | | 0.00 | 3.00 | 0.00 |
| | JAC | | 0.00 | 3.50 | 0.00 |
| 11/02/2011 | JAC | | 0.00 | 0.50 | 0.00 |
| 11/03/2011 | JAC | | 0.00 | 1.50 | 0.00 |
| 11/07/2011 | JAC | | 0.00 | 0.40 | 0.00 |
| 11/08/2011 | JAC | | 0.00 | 1.00 | 0.00 |
| | JAC | | 0.00 | 1.50 | 0.00 |

Zimmer Duncan Cole 000459

Laura Dziadek

Traveler's Insurance

| Date | Initials | | Rate | Hours | |
|---|---|---|---|---|---|
| 11/09/2011 | JAC | Privileged - Attorney Work Product | 0.00 | 1.00 | 0.00 |
| 11/10/2011 | JAC | | 0.00 | 2.00 | 0.00 |
| | JAC | | 0.00 | 1.00 | 0.00 |
| 11/11/2011 | JAC | | 0.00 | 2.00 | 0.00 |
| | JAC | | 0.00 | 0.50 | 0.00 |
| 11/14/2011 | JAC | | 0.00 | 3.00 | 0.00 |
| 11/15/2011 | DKB | | 0.00 | 0.50 | 0.00 |
| 11/21/2011 | JAC | | 0.00 | 1.00 | 0.00 |
| 11/28/2011 | JAC | | 0.00 | 2.00 | 0.00 |
| 11/29/2011 | JAC | | 0.00 | 1.00 | 0.00 |
| 12/01/2011 | JAC | | 0.00 | 2.00 | 0.00 |
| 12/02/2011 | DKB | | 0.00 | 4.00 | 0.00 |
| 12/06/2011 | JAC | | 0.00 | 1.00 | 0.00 |
| 12/07/2011 | JAC | | 0.00 | 0.10 | 0.00 |
| 12/08/2011 | JAC | | 0.00 | 0.20 | 0.00 |
| 12/13/2011 | JAC | | 0.00 | 0.25 | 0.00 |
| 12/14/2011 | DKB | | 0.00 | 2.75 | 0.00 |
| | JAC | | 0.00 | 2.00 | 0.00 |
| | JAC | | 0.00 | 0.50 | 0.00 |
| 12/15/2011 | JAC | | 0.00 | 0.50 | 0.00 |
| 12/19/2011 | DKB | | 0.00 | 0.25 | 0.00 |
| 12/20/2011 | JAC | | 0.00 | 1.50 | 0.00 |

Laura Dziadek

Traveler's Insurance

Page: 4
December 11, 2014
Account No:   6351-006R
Invoice No:        38000

| Date | Initials | | Rate | Hours | |
|---|---|---|---|---|---|
| 12/21/2011 | JAC | | 0.00 | 3.00 | 0.00 |
| 12/22/2011 | DKB | | 0.00 | 1.50 | 0.00 |
| | JAC | | 0.00 | 1.00 | 0.00 |
| 12/28/2011 | JAC | | 0.00 | 4.50 | 0.00 |
| 12/29/2011 | JAC | | 0.00 | 2.00 | 0.00 |
| | JAC | | 0.00 | 1.00 | 0.00 |
| 12/30/2011 | JAC | | 0.00 | 3.00 | 0.00 |
| | JAC | | 0.00 | 0.50 | 0.00 |
| 01/03/2012 | JAC | | 0.00 | 4.00 | 0.00 |
| | JAC | | 0.00 | 1.50 | 0.00 |
| 01/04/2012 | JAC | | 0.00 | 5.00 | 0.00 |
| | DKB | | 0.00 | 1.25 | 0.00 |
| | JAC | | 0.00 | 0.50 | 0.00 |
| 01/05/2012 | JAC | | 0.00 | 8.00 | 0.00 |
| | JAC | | 0.00 | 0.20 | 0.00 |
| 01/06/2012 | JAC | | 0.00 | 7.00 | 0.00 |
| 01/09/2012 | JAC | | 0.00 | 6.00 | 0.00 |
| | JAC | | 0.00 | 3.50 | 0.00 |
| 01/10/2012 | DKB | | 0.00 | 1.00 | 0.00 |
| | JAC | | 0.00 | 7.00 | 0.00 |
| | JAC | | 0.00 | 1.20 | 0.00 |
| 01/11/2012 | JAC | | 0.00 | 7.00 | 0.00 |
| | DKB | | 0.00 | 1.00 | 0.00 |
| 01/12/2012 | JAC | | 0.00 | 6.00 | 0.00 |

*Privileged - Attorney Work Product*

Zimmer Duncan Cole 000461

Laura Dziadek

Traveler's Insurance

| Date | Atty | | Rate | Hours | |
|---|---|---|---|---|---|
| 01/13/2012 | DKB | Privileged - Attorney Work Product | 0.00 | 0.50 | 0.00 |
| | JAC | | 0.00 | 5.00 | 0.00 |
| | JAC | | 0.00 | 5.00 | 0.00 |
| 01/16/2012 | DKB | | 0.00 | 0.50 | 0.00 |
| | JAC | | 0.00 | 1.50 | 0.00 |
| 01/17/2012 | JAC | | 0.00 | 5.00 | 0.00 |
| 01/18/2012 | JAC | | 0.00 | 7.00 | 0.00 |
| | JAC | | 0.00 | 2.50 | 0.00 |
| 01/19/2012 | JAC | | 0.00 | 2.00 | 0.00 |
| | JAC | | 0.00 | 3.00 | 0.00 |
| 01/20/2012 | DKB | | 0.00 | 2.50 | 0.00 |
| | JAC | | 0.00 | 0.50 | 0.00 |
| | JAC | | 0.00 | 4.00 | 0.00 |
| | JAC | | 0.00 | 4.00 | 0.00 |
| 01/21/2012 | DKB | | 0.00 | 1.50 | 0.00 |
| 01/23/2012 | JAC | | 0.00 | 2.00 | 0.00 |
| 01/24/2012 | DKB | | 0.00 | 2.30 | 0.00 |
| | DKB | | 0.00 | 2.50 | 0.00 |
| | JAC | | 0.00 | 7.00 | 0.00 |
| | JAC | | 0.00 | 4.00 | 0.00 |
| 01/25/2012 | JAC | | 0.00 | 6.00 | 0.00 |
| | JAC | | 0.00 | 1.50 | 0.00 |
| 01/26/2012 | DKB | | 0.00 | 5.25 | 0.00 |
| | JAC | | 0.00 | 7.00 | 0.00 |
| | JAC | | 0.00 | 5.50 | 0.00 |
| 01/27/2012 | DKB | | 0.00 | 4.50 | 0.00 |
| | JAC | | 0.00 | 6.00 | 0.00 |
| | JAC | | 0.00 | 2.50 | 0.00 |

Laura Dziadek

Traveler's Insurance

| Date | Atty | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 01/30/2012 | DKB | Privileged - Attorney Work Product | | | |
| | | | 0.00 | 5.50 | 0.00 |
| | DKB | | | | |
| | | | 0.00 | 3.75 | 0.00 |
| | JAC | | 0.00 | 7.00 | 0.00 |
| | JAC | | | | |
| | | | 0.00 | 4.00 | 0.00 |
| 01/31/2012 | DKB | | 0.00 | 7.25 | 0.00 |
| | DKB | | 0.00 | 1.50 | 0.00 |
| | JAC | | 0.00 | 8.00 | 0.00 |
| | JAC | | | | |
| | | | 0.00 | 1.00 | 0.00 |
| 02/01/2012 | JAC | | 0.00 | 4.00 | 0.00 |
| 02/02/2012 | DKB | | | | |
| | | | 0.00 | 0.75 | 0.00 |
| 02/03/2012 | JAC | | 0.00 | 7.00 | 0.00 |
| | JAC | | 0.00 | 0.50 | 0.00 |
| 02/06/2012 | DKB | | | | |
| | | | 0.00 | 3.25 | 0.00 |
| | JAC | | 0.00 | 1.00 | 0.00 |
| | JAC | | | | |
| | | | 0.00 | 4.00 | 0.00 |
| | JAC | | | | |
| | | | 0.00 | 0.20 | 0.00 |
| 02/07/2012 | JAC | | 0.00 | 7.00 | 0.00 |
| | JAC | | | | |
| | | | 0.00 | 3.50 | 0.00 |
| 02/08/2012 | JAC | | 0.00 | 2.00 | 0.00 |
| | JAC | | | | |
| | | | 0.00 | 1.00 | 0.00 |
| 02/09/2012 | JAC | | 0.00 | 4.00 | 0.00 |
| | JAC | | 0.00 | 2.00 | 0.00 |

Laura Dziadek

Traveler's Insurance

Page: 7
December 11, 2014
Account No: 6351-006R
Invoice No: 38000

| Date | Atty | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 02/10/2012 | JAC | Privileged - Attorney Work Product | 0.00 | 2.50 | 0.00 |
| | DKB | | 0.00 | 2.00 | 0.00 |
| 02/14/2012 | JAC | | 0.00 | 2.00 | 0.00 |
| | DKB | | 0.00 | 2.00 | 0.00 |
| 02/16/2012 | JAC | | 0.00 | 5.00 | 0.00 |
| 02/17/2012 | JAC | | 0.00 | 1.00 | 0.00 |
| 02/20/2012 | DKB | | 0.00 | 0.50 | 0.00 |
| | DKB | | 0.00 | 1.75 | 0.00 |
| 02/21/2012 | JAC | | 0.00 | 0.20 | 0.00 |
| 02/22/2012 | JAC | | 0.00 | 1.50 | 0.00 |
| | DKB | | 0.00 | 0.50 | 0.00 |
| 02/23/2012 | JAC | | 0.00 | 6.00 | 0.00 |
| 02/29/2012 | JAC | | 0.00 | 2.00 | 0.00 |
| 03/06/2012 | DKB | | 0.00 | 0.25 | 0.00 |
| 03/15/2012 | JAC | | 0.00 | 1.00 | 0.00 |
| 03/16/2012 | JAC | | 0.00 | 2.00 | 0.00 |
| 03/20/2012 | JAC | | 0.00 | 2.75 | 0.00 |
| 03/27/2012 | DKB | | 0.00 | 3.00 | 0.00 |
| 03/29/2012 | JAC | | 0.00 | 2.00 | 0.00 |
| 03/30/2012 | JAC | | 0.00 | 1.00 | 0.00 |
| 04/02/2012 | DKB | | 0.00 | 1.75 | 0.00 |
| 04/03/2012 | DKB | | 0.00 | 0.50 | 0.00 |
| 04/04/2012 | DKB | | | | |

Zimmer Duncan Cole 000464